# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**MICHAEL L. ALLEN,**

    *Petitioner*,

v.                    **Case No.: 4:23cv226-MW/ZCB**

**RICKY D. DIXON,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's 28 U.S.C. § 2254 petition, ECF No. 1, is **DENIED** and this case is **DISMISSED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on July 16, 2026.**

               **s/Mark E. Walker**
               **United States District Judge**